IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYAN R. KATZ, *et al.*, *Plaintiffs* | : : | CIVIL ACTION |
| v. | : : | |
| TIMOTHY S DELUCA, *et al.*, *Defendants* | : : | No. 23-1188 |

## ORDER

AND NOW, this 13th day of May 2024, upon review of Defendant Great American Abstract's Motion to Dismiss the Second Amended Complaint (Doc. No. 40) and all responses thereto, and Defendant CC Philly Real Estate Realty, LLC's Motion to Dismiss the Second Amended Complaint (Doc. No. 41) and all responses thereto, for the reasons explained in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Defendant Great American Abstract's Motion to Dismiss the Second Amended Complaint (Doc. No. 40) and Defendant CC Philly Real Estate Realty, LLC's Motion to Dismiss the Second Amended Complaint (Doc. No. 41) are **GRANTED IN PART**;

    a. Counts 5, 6, 7, 11, and 12 of the Second Amended Complaint are **DISMISSED WITH PREJUDICE**.

2. The above-captioned case is **DISMISSED** for lack of subject-matter jurisdiction.

3. The Clerk of Court is **INSTRUCTED** to mark this case closed for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE