## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRYAN R. KATZ and KRISTINE J.
CONCEPCION,

      *Plaintiffs,*

      v.

GREAT AMERICAN ABSTRACT, LLC,
et. al.,

      *Defendants.*

CIVIL ACTION
NO. 23-1188

## ORDER

**AND NOW**, this 18th day of August 2025, upon consideration of Great American Abstract's Motion for Sanctions under Rule 11 and 28 U.S.C. § 1927, (ECF No. 78), Plaintiffs' Response (ECF Nos. 92), Great American's Reply, (ECF No. 95), and after oral argument with counsel for the parties, (ECF No. 109), it is **ORDERED** that:

1. The Motion is **DENIED** as to sanctions under Rule 11 and **GRANTED** as to sanctions under 28 U.S.C. § 1927;

2. Attorney Daniel Berger is **ORDERED** to pay Great American's reasonable excess costs, expenses and attorneys' fees, to be determined by the Court, associated with ECF Nos. 9, 26, 27, 33, 35, 36, 39, 42, 46, 50, 57, 58, 66, 67, 72.

3. Great American shall **SUBMIT** a petition to the Court on or before **Friday, September 12, 2025**, itemizing (with necessary factual support) its excess costs, expenses and attorneys' fees associated with the filings listed above. Berger may file objections to Great American's petition on or before **Friday, September 26, 2025**.

1

4.  Berger's Motion to Depose Glen Kimball, (ECF No. 113), is **DENIED**.

BY THE COURT:

**/s/ Gerald J. Pappert**
Gerald J. Pappert, J.