**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRYAN R. KATZ and KRISTINE J. CONCEPCION,<br>*Plaintiffs,*<br>v.<br>GREAT AMERICAN ABSTRACT, LLC, et al.,<br>*Defendants.* | CIVIL ACTION<br>NO. 23-1188 |

**ORDER**

**AND NOW**, this 28th day of July, 2026, upon consideration of Great American's Petition for Attorney's Fees and Costs, (Dkt. No. 123), Daniel A. Berger's Response in Opposition, (Dkt. No. 125), Great American's reply, (Dkt. No. 126) and Berger's "Response to New Filings," (Dkt. No. 127), it is hereby **ORDERED** that the Petition is **GRANTED in PART** as follows:

1. Daniel A. Berger is **ORDERED** to pay attorneys' fees in the amount of **$26,876.50** and costs in the amount of **$372.00**. All payments must be made, on or before **Thursday, August 27, 2026**, to Great American Abstract, Inc., care of Dean E. Weisgold, Esq., 1835 Market Street, Suite 1215, Philadelphia, PA 19103.

2. Berger's "Cross-petition for Fees" is **DENIED**.

3. The Clerk of Court shall **CLOSE** the case.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.